UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-60717-CV-DIMITROULEAS

**William Anderson**,

    Plaintiff,

v.

**Stephen Legow et. al.,**

    Defendants.

_____/

### ORDER REQUIRING FEE OR IFP MOTION

Plaintiff William Anderson ("Plaintiff") filed a civil complaint on April 11, 2025, but Plaintiff has neither paid the Clerk's filing fee ("IFP"), nor submitted a motion to proceed *in forma pauperis* and the supporting financial affidavit.

It is thereupon **ORDERED AND ADJUDGED** as follows:

1. On or before **April 28, 2025**, Plaintiff shall either pay the Clerk's filing fee or, in the alternative, shall file a motion to proceed in forma pauperis, with supporting financial affidavit.

2. If Plaintiff files a motion to proceed in forma pauperis, the Court will require counsel to file a copy counsel's fee agreement with Plaintiff, which can be filed under seal, before the Court grants any such motion.

3. If the filing fee is paid, the check or money order must bear the case number so the fee will be docketed in the correct case.

4. Plaintiff is cautioned that failure to comply with this Order may result in dismissal of this

1

case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of April, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to: