UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 25-60717-CV-DIMITROULEAS

**William Anderson**,

    Plaintiff,

v.

**Stephen Legow et. al.**,

    Defendants.

_____/

## ORDER DISMISSING CASE

Plaintiff William Anderson ("Plaintiff") filed a civil complaint on April 11, 2025, but Plaintiff has neither paid the Clerk's filing fee ("IFP"), nor submitted a motion to proceed *in forma pauperis* and the supporting financial affidavit. On April 24, 2025, this Court issued an Order requiring Plaintiff to either pay the Clerk's filing fee or, in the alternative, file a motion to proceed in forma pauperis, with supporting financial affidavit. The Court cautioned that "failure to comply with this Order may result in dismissal of this case." [DE 6]. However as of the date of this Order, Plaintiff has not paid the Clerk's filing fee or filed a motion to proceed in forma pauperis.

It is thereupon **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITHOUT PREJUDICE**;

2. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of April, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record